1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JIE YU, | ) | Case No.: C 07-2274 PVT |
| Plaintiff, | ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| SOUTHLAND TASTE RESTAURANT INC, et al., | ) ) ) | |
| Defendants. | ) | |

On August 14, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to 2:00 p.m. on October 9, 2007 and a Joint Case Management Conference Statement shall be filed no later than October 2, 2007.

IT IS SO ORDERED.

Dated: August    15 , 2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*