```
1   ADAM WANG (STATE BAR NUMBER 201233)
    DAL BON & WANG
    12 South First Street, Suite 613
2   San Jose, CA 95113
    Tel:  (408) 292-1040
3   Fax: (408) 292-1045

4   Attorney for Plaintiffs
    Jie Yu & Min Wang
5

    Samuel L. Phillips, Esq. (SBN 127793)
6   BORTON PETRINI, LLP
    99 Almaden Boulevard, Suite 700
7   San Jose, CA 95113
    Telephone (408) 535-0870
8   Facsimile (408) 535-0878

9
    Attorneys for Defendants
10  SOUTHLAND TASTE RESTAURANT INCORPORATED, CHING TUNG CHEN, CHIN
    SHIH YANG CHEN, I. CHEN CHEN
11
                      UNITED STATES DISTRICT COURT
12
                   FOR DISTRICT OF NORTHERN CALIFORNIA
```

| | |
|---|---|
| JIE YU | Case No.: C07-02274 PVT |
| Plaintiffs, | STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND STIPULATION FOR MEDIATION & ORDER THEREON |
| vs. | |
| SOUTHLAND TASTE RESTAURANT INCORPORATED, ET AL | |
| Defendants | |

Plaintiffs, Jie Yu and Min Wang, and Defendants, Southland Taste Restaurant Incorporated, Ching Tung Chen, Chin Shih Yang Chen and I. Chen Chen, through their respective counsel, stipulate as follows:

1. On November 6, 2007, this Court granted Plaintiff's motion for leave to file Second Amended Complaint seeking to add additional defendants Southland Flavor Café and Zhi-Yu Deng to avoid the transfer of the business of Defendant Southland Taste Restaurant Inc. for fraudulent conveyance.

2.	On November 7, 2007, Plaintiff filed Second Amended Complaint. The process for new Defendants Southland Flavor Café and Zhi Yu Deng was served on November 13, 2007. On November 27, 2007, Defendants Southland Taste Restaurant Incorporated, Ching Tung Chen, Chin Shih Yang Chen and I. Chen Chen field their answer to the Second Amended Complaint. New defendants Southland Flavor Café and Zhi Yu Deng have not filed their responsive pleadings.

3.	A Further Case Management Conference is currently scheduled on December 18, 2007.

4.	It is parties' intention to settle this case before the new defendants Southland Flavor Café and Zh Yu Deng must answer to the complaint against them.

5.	As such, parties hereby stipulate to participate in an early court sponsored mediation, and respectfully request that the Court refer this case to the Court's ADR program for mediation to be completed in 60 days, and continue the Further Case Management Conference to after the mediation on March 4, 2007.

.

DATED:  December 14, 2007				DAL BON & WANG

						By: /s/ Adam Wang
						     ADAM WANG
						     Attorneys for Plaintiffs
						     Jie Yu & Min Wang


DATED:  December 14, 2007				Borton Petrini LLP

						By: /Samuel Phillips
						     Samuel Phillips
						     Attorneys for Defendants
						     Southland Taste Restaurant Incorporated,
						    Ching Tung Chen, Chin Shih Yang Chen, I. Chen Chen

[~~PROPOSED~~] ORDER

Pursuant to parties' stipulation, IT IS HEREBY ORDERED that the Further Case Management Conference is continued to March 4, 2008. By February 26, 2008, all Defendants shall file their responsive pleadings, or a default shall be filed by Plaintiffs against such defendants. Parties shall file a joint case management statement no later than February 26, 2008.

IT IS SO ORDERED.

Dated: December 18, 2007

_____
Patricia V. Trumbull
United States Magistrate Judge

3    C07-2275 PVT

**STIPULATION TO CONTINUE CMC AND FOR MEDIATION**
Yu v. Southland Taste Restaurant, et al.