UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JIE YU, ET AL., | ) | Case No.: C 07-2274 PVT |
| Plaintiffs, | ) ) ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| v. | ) ) | |
| SOUTHLAND TASTE RESTAURANT INCORPORATED, ET AL., | ) ) ) | |
| Defendants. | ) | |

On March 4, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the Federal Rules of Civil Procedure apply to discovery.

1 IT IS FURTHER ORDERED that the parties may participate in a second mediation
2 session.
3 IT IS FURTHER ORDERED that the following schedule shall apply to this case:
4 Plaintiff's Designation of Experts with Reports ................. September 30, 2008
5 Defendant's Designation of Rebuttal Experts with Reports .......... October 31, 2008
6 Fact Discovery Cutoff .................................... September 2, 2008
7 Expert Discovery Cutoff .................................. November 30, 2008
8 Deadline(s) for Filing Discovery Motions ................. *See* Civil Local Rule 26-2
9 Last Day for Dispositive Motion Hearing[1] ..................... December 16, 2008
10 Final Pretrial Conference .............................. January 6, 2009 at 2PM
11 Trial .............................................. January 12, 2009
12 IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for
13 Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (rev.
14 1/5/06), a copy of which is available from the clerk of the court,[2] with regard to the timing and
15 content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *March 5, 2008*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."