ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorneys for Plaintiffs

BING RUI (SBN 203521)
U.S.-CHINA LAW GROUP
3031 TISCH WAY, SUITE 500
San Jose, California 95128

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIE YU, ET AL<br>　　　　Plaintiffs,<br><br>　　vs.<br><br><br>SOUTHLAND TASTE RESTAURANT INCORPORATED, ET AL.<br>　　　　Defendants | Case No.: C07-2274 PVT<br><br>AMENDED STIPULATION TO DISMISS WITH PREJUDICE & ORDER THEREON |

　　　　Plaintiffs, Jie Yu and Min Wang, and Defendants, Southland Taste Restaurant Incorporated, Ching Tung Chen, Chin Shih Yang Chen, I Chen Chen, Southland Flavor Cafe, Zhi Yu Deng, through their respective counsel, hereby stipulate as follows:

　　　　1.　　Plaintiffs filed a complaint seeking, among other things, unpaid overtime under Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA").

　　　　2.　　Parties reached a settlement that resolves all claims of Plaintiffs, requiring Plaintiffs to dismiss this case with prejudice.

　　　　3.　　On September 18, 2008, Parties filed a stipulation to dismiss this case with prejudice.

1　　**C07-2274 PVT**

AMENDED STIPULATION TO DISMISS
Yu, et al. v. Southland Taste Restaurant, et al.

4. On October 10, 2008, this Court denied the Stipulation to Dismiss, on the ground that FLSA mandates award of attorney's fees for FLSA claims when an order to dismiss the action is required. As such, the Court ordered parties to show cause why parties failed to stipulate to dismiss under FED. R. CIV. PRO. 41(a) which does not involve an order to dismiss.

5. By this Amended Stipulation, parties hereby clarify that the parties meant to stipulate to dismiss under FED. R. CIV. PRO. 41 (a) without a Court order; and respectfully so stipulate.

RESPECTFULLY SUBMITTED,

Dated: November 15, 2008     By: /s/ ADAM WANG
Adam Wang
Attorney for Plaintiffs

Dated: November 15, 2008     By: /s/ Bing Rui
BING RUI
Attorney for Defendants

xxxxxxxxxxx ORDER

Pursuant to party's stipulation, IT IS HEREBY ORDERED that the Clerk should close this case. The Order to Show Cause dated October 10, 2008 is hereby dissolved.

Dated: November __17__, 2008

Patricia V. Trumbull
United States Magistrate Judge

2     **C07-2274 PVT**

AMENDED STIPULATION TO DISMISS
Yu, et al. v. Southland Taste Restaurant, et al.